George W. Dallner, Jr. *et al.*, Plaintiffs-Appellants, *v.* The County of Du Page *et al.*, Defendants-Appellees.

(No. 72-213;

Second District—November 19, 1973.

Opinion by Mr. JUSTICE T. MORAN.

Walter B. Carroll, of Downers Grove, and Melvin M. Landau, of Chicago, for appellants.

F. Willis Caruso and Barbara G. Caruso, both of La Grange, for appellees.